**No. 58011.**—Geo. E. Athans Co. *v.* United States, protest 217667–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of 6 barrels of Calamata olives, reported by the inspector as manifested, not found, was not in fact imported. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.

**No. 58012.**—Quality Beverage Company, Inc. *v.* United States, protest 199279–K (Galveston).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that certain quantities were reported by the inspector as manifested, not found. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as short landed. The protest was sustained to this extent.

**No. 58013.**—J. & J. Distributing Co. et al. *v.* United States, protests 218042–K, etc. (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the merchandise, issues, and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the case or cases of Scotch whisky reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.

**No. 58014.**—Alintex, Inc. *v.* United States, protest 210863–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.